IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS (DALLAS)

| | |
|---|---|
| **CRAIG CUNNINGHAM,** ) | Case No. 3:16-cv-02880 |
| ) | |
| Plaintiff, ) | Judge Barbara M. G. Lynn |
| ) | |
| vs. ) | |
| ) | |
| **STUDENT LOAN ASSISTANCE** ) | |
| **CENTER, LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT FILED BY DEFENDANTS EC LENDING LLC, STUDENT ASSISTANCE CENTER INC., JOSHUA MYERS, RYAN MCAWEENEY, AND NEIL BILLOCK**

On behalf of Defendants EC Lending LLC, Student Assistance Center, Inc., Joshua Myers, Ryan McAweeney, and Neil Billock, the undersigned counsel represents to this Court that this matter has settled with respect to these Defendants only.

The undersigned counsel is working on a formal settlement agreement draft to provide to Plaintiff's counsel.

Respectfully submitted,

/s/ Matthew T. Anderson

_____
Matthew T. Anderson (OH 0082730)
*Attorney for Defendants EC Lending LLC,*
*Student Assistance Center, Inc., Joshua Myers,*
*Ryan McAweeney, and Neil Billock*
Luper Neidenthal & Logan
A Legal Professional Association
50 West Broad Street, Suite 1200
Columbus, OH 43215-3374
Telephone:  (614) 221-7663
E-mail:  manderson@LNLattorneys.com
Fax:  (866) 345-4948

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2017, this document was electronically filed via the Court's authorized electronic filing system, and this document was served via e-mail and regular U.S. mail upon the following:

>Aaron K. Mulvey, Esq.
>The Law Offices of Aaron K. Mulvey, PLLC
>518 North Manus Drive
>Dallas, TX 75224
>E-mail:  aaron@mulveylaw.net
>*Attorney for Plaintiff*

/s/ Matthew T. Anderson
_____
Matthew T. Anderson