## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS (DALLAS)

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | ) | **Case No. 3:16-cv-02880** |
| | ) | |
| **Plaintiff,** | ) | **Judge Barbara M. G. Lynn** |
| | ) | |
| vs. | ) | |
| | ) | |
| **STUDENT LOAN ASSISTANCE** | ) | |
| **CENTER, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Craig Cunningham and Defendants EC Lending LLC, Student Assistance Center, Inc., Joshua Myers, Ryan McAweeney, and Neil Billock (collectively, the "EC Lending Defendants") hereby jointly stipulate to the dismissal **WITH** prejudice of all of Plaintiff's claims against these EC Lending Defendants.

This Stipulation of Dismissal has no impact or effect on Plaintiff's claims against Defendants Student Loan Assistance Center, LLC and SL Doc Servicing, LLC only.

Dated, this 25th day of August, 2017.

Respectfully submitted,

/s/ Aaron K. Mulvey
_____

Aaron K. Mulvey
The Law Offices of Aaron K. Mulvey, PLLC
518 North Manus Drive
Dallas, TX 75224
Telephone: (214) 946-2222
E-mail:  aaron@mulveylaw.net
*Attorney for Plaintiff Craig Cunningham*

Respectfully submitted,

/s/ Matthew T. Anderson
_____

Matthew T. Anderson (OH 0082730)
Luper Neidenthal & Logan
A Legal Professional Association
50 West Broad Street, Suite 1200
Columbus, OH 43215-3374
Telephone:  (614) 221-7663
Fax:  (866) 345-4948
E-mail:  manderson@LNLattorneys.com
*Attorney for Defendants EC Lending LLC,*
*Student Assistance Center, Inc., Joshua Myers,*
*Ryan McAweeney, and Neil Billock*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2017, this document was electronically filed via the

Court's authorized electronic filing system, and this document was served via e-mail upon Aaron

K. Mulvey, Esq. and by regular mail upon the following:

Aaron K. Mulvey, Esq.
The Law Offices of Aaron K. Mulvey, PLLC
518 North Manus Drive
Dallas, TX 75224
E-mail:  aaron@mulveylaw.net
*Attorney for Plaintiff*

Student Loan Assistance Center, LLC
c/o Corporate Service Company, Registered
Agent
2710 Gateway Oaks Drive, Suite 150 N.
Sacramento, CA 95833
*Defendant*

SL Doc Servicing LLC
c/o Legal Inc. Corporate Services, Inc.,
Registered Agent
5850 Granite Parkway, Suite 215
Plano, TX 75024
*Defendant*

/s/ Matthew T. Anderson
_____
Matthew T. Anderson