UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>STUDENT LOAN ASSISTANCE<br>CENTER, LLC ET AL.<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Case No.: <u>3:16-cv-02880</u><br>§<br>§<br>§<br>§ |

## MOTION TO DISMISS WITHOUT PREJUDICE

Now comes Plaintiff, through undersigned counsel, and hereby dismisses, without prejudice, all causes of action and claims against all remaining defendants.

RESPECTFULLY SUBMITTED AND DATED this 19th day of September, 2017.

Respectfully submitted:

*/s/ Aaron Mulvey*
Aaron Mulvey
Law Offices of Aaron K. Mulvey, PLLC
518 N. Manus Dr.
Dallas, TX 75224
aaron@mulveylaw.net
*Attorney for Craig Cunningham*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's electronic filing system which will notify all counsel of record on this 19th day of September, 2017.

>    */s/ Aaron Mulvey*
>    Aaron Mulvey
>    *Attorney for Craig Cunningham*