UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:16-CV-02880-M |
| | § | |
| STUDENT LOAN ASSISTANCE | § | |
| CENTER, LLC, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is a Motion to Dismiss Without Prejudice [ECF #17], filed by Plaintiff Craig Cunningham. The Motion is GRANTED pursuant to Fed. R. Civ. P. 41(a)(2), and Plaintiff's claims and causes of action against Defendants Student Loan Assistance Center, LLC and SL Doc Servicing LLC, are hereby DISMISSED without prejudice.

**SO ORDERED**.

September 20, 2017.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE

1